**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 14 2006 DOCKET & FILE

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

IVY MOLIVER SCIOTTO,

      Plaintiff,

-against-

CREDITORS INTERCHANGE, PHILLIPS & COHEN ASSOCIATES, LTD., RESURGENT CAPITAL SERVICES, L.P. and SHERMAN ACQUISITION, L.P. and COHEN & SLAMOWITZ, LLP, f/k/a UPTON COHEN & SLAMOWITZ,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - X

**CONSENT TO CHANGE ATTORNEY**

KIYO A. MATSUMOTO, M.J.

06CV-572
(JG)(KAM)

IT IS HEREBY CONSENTED THAT Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, of 150 East 42nd Street, New York, New York 10017, be substituted as attorney of record for the undersigned defendant, Cohen & Slamowitz, LLP, in the above-entitled action in the place and stead of the undersigned attorney(s) as of the date hereof.

Dated: May 31, 2006

    COHEN & SLAMOWITZ, LLP

    By: _____
      Leandre M. John, Esq.

    GARCIA & STALLONE, ESQS., Outgoing Counsel

    By: _____
      Joseph F. Garcia, Esq. (7432)

STATE OF NEW YORK )
        ) ss.:
COUNTY OF NASSAU )

On the 31st day of May, 2006, before me personally came Leandre M. John to me known, who being by me duly sworn, did depose and say that (s)he is an associate of Cohen & Slamowitz, LLP, the Limited Liability Partnership described in and who executed the foregoing consent and acknowledged to me that (s)he executed the same.

SO ORDERED:

s/Kiyo Matsumoto
_____
Magistrate Judge Kiyo A. Matsumoto

6/8/06

ELSIE DUGUE
Notary Public, State of New York
No. 01DU6117401
Qualified in Nassau County
Commission Expires October 25, 20 08